UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-61718-Civ-COOKE/HUNT**

CESAR EDUARDO PULLAS, *et al.*,

    Plaintiffs,

v.

CRYSTAL CLEAR COMMUNICATIONS INC., *et al.*,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION
TO COMPEL ARBITRATION AND STAY JUDICIAL PROCEEDINGS**

THIS MATTER is before the Court on Defendants' Motion to Compel Arbitration and Stay Judicial Proceedings and, If Arbitration is Denied, for Enlargement of Time to Respond to Complaint (ECF No. 7). On July 11, 2019, Plaintiffs filed a complaint against Defendants alleging violation of the Fair Labor Standard Act (FLSA) (ECF No. 1). Prior to the filing of the complaint, the Parties signed Dispute Resolution Agreements (ECF No. 7-1). These agreements contain an "Agreement to Arbitrate" provision that states the employees will "agree to arbitrate any and all disputes, claims, or controversies" the employees "may attempt to bring under the […] Fair Labor Standards Act." *Id.* Based on this provision, Defendants now move this Court to enforce the arbitration agreements present between the Parties and compel the Parties to arbitration.

The agreements are enforceable under the Federal Arbitration Act. *See Weeks v. Harden Mfg. Corp.*, 291 F.3d 1307, 1313 (11th Cir. 2002) ("Courts have consistently found that claims arising under federal statutes may be the subject of arbitration agreements and are enforceable under the FAA."). Further, Plaintiffs have not filed a response in opposition

to Defendants' motion, and the time to do so has passed. *See* S.D. Fla. L.R. 7.1(c) (Failure to serve an opposing memorandum of law within 14 days of the service of a motion "may be deemed sufficient cause for granting the motion by default.")

Accordingly, it is **ORDERED and ADJUDGED** that Defendants' Motion to Compel Arbitration and Stay Judicial Proceedings (ECF No. 7) is **GRANTED**. The Parties are **ORDERED** to binding arbitration in accordance with the terms set forth in the Dispute Resolution Agreements (ECF No. 7-1). This case is **STAYED** pending the resolution of binding arbitration. The Clerk shall *administratively* **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of October 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*